## Important Privacy Notice

REC'D SEP 02 2025

Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, personal identifying information in Court filings must be limited as follows:

• Social security numbers, taxpayer-identification numbers, and financial **account numbers must include only the last four digits** (e.g., xxx-xx-1234)

• Birth dates must **include the year of birth only** (e.g., xx/xx/2000)

• Names of persons under the age of 18 must be indicated by **initials only** (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings. If your documents, including attachments, contain any information that does not comply with this rule, please black out that information before sending your documents to the Court.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

REC'D SEP 02 2025

MICHAEL THOMAS

CUNNINGHAM

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

P/O MARCKENSON
SMITH # 9421
PHILADELPIA POLICE
DEPARTMENT
3901 WHITAKER
AVENUE 25th DISTRICT
PHILADELPHIA, PA 19124

EAST PROCESSING
DIVISION 10
UNKNOWN OFFICERS

**COMPLAINT**

Jury Trial: ☑ Yes  ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.    **Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | | |
|---|---|---|
| | Name | MICHAEL THOMAS CUNNINGHAM |
| | Street Address | 3227 N. FAIRHILL ST. |
| | County, City | PHILADELPHIA |
| | State & Zip Code | PA 19140 |
| | Telephone Number | (215) 425-5011 |

*Rev. 10/2009*

B.    List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
25TH DISTRICT
Name EAST PROCESSING DIVISION OFFICERS
Street Address 3901 WHITAKER AVENUE
County, City PHILADELPHIA
State & Zip Code PENNSYLVANIA 19124

Defendant No. 2
25TH DISTRICT
Name EAST PROCESSING DIVISION OFFICERS
Street Address 3901 WHITAKER AVENUE
County, City PHILADELPHIA
State & Zip Code PA 19124

Defendant No. 3
25TH DISTRICT
Name EAST PROCESSING DIVISION OFFICERS
Street Address 3901 WHITAKER AVENUE
County, City PHILADELPHIA
State & Zip Code PA 19124

Defendant No. 4
25TH DISTRICT
Name EAST PROCESSING DIVISION OFFICE
Street Address 3901 WHITAKER AVENUE
County, City PHILADELPHIA
State & Zip Code PA 19124

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*
    ☑ Federal Questions        ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

_____

_____

*Rev. 10/2009*                                    - 2 -

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III.    Statement of Claim:**

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? I AM A VICTIM OF AN ASSAULT by POLICE OFFICERS

B.    What date and approximate time did the events giving rise to your claim(s) occur? I WAS ASSAULTED ON 9-4-2023 By OFFICER MARCKENSON SMITH BADGE # 9421 AND PROCESSING EAST DIVISION

C.    Facts: I WAS ASSAULTED By OFFICER MARCKENSON IN MY HOME AND PLACED UNDER ARRESTED AND CHARGED FOR AGGRAVATED ASSAULT FOR MY NEIGHBOR AND TRANPORTED to tHE 25TH DISTRICT, IN WHICH I WAS ASSAULTED By 10 UNKNOWN OFFICERS FROM EAST PROCESSING DIVISION

> *What happened to you?*

UPON ME BEING AT THE 25TH DISTRICT PROCESSING EAST DIVISION I WAS ASSAULTED By 10 UNKNOWN OFFICER DURING MY SEARCH INTAKE,

> *Who did what?*

ONLY tHE 10 UNKNOWN OFFICER At tHE 25TH DISTRICT EAST PROCESSING DIVISION ASSAULTED ME 9-4-2023

> *Was anyone else involved?*

My MOTHER JacQueLINE MELTON WITNESS ME BEING ASSAULTED AT HOME AND MY GODSISTER CIARA BARBER ALSO WITNESS OFFICER MARCKENSON SMITH BADGE # 9421 AT 3227 N. FAIRHILL ST.

> *Who else saw what happened?*

Rev. 10/2009                                                - 3 -

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. ASSAULT, HEAD INJURY, INITIAL ENCOUNTER, LEFT ELBOW PAIN, CONTUSION OF JAW, INITIAL ENCOUNTER, ACUTE PAIN OF LEFT KNEE, ABRASION CT HEAD W/O FOR HEAD TRAUMA MOD-SEVERE (MALE) CT MAX FACE W/O FOR SUSPECTED FACIAL FRACTURES XR ELBOW LEFT 4 VIEW FOR INJURY, XR KNEE LEFT AP/LAT AND OBL FOR TRAUMA
ASSAULT VICTIM

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I WANT $25 MILLION DALLORS FOR WHAT THEY DID TO ME.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __2__ day of ___September___, 20__25__

Signature of Plaintiff __Michael C. / L__

Mailing Address __3227 N. FAIRHILL ST.__
__PHILADELPHIA, PA 19140__

_____

Telephone Number __(215) 425- 5011__

Fax Number *(if you have one)* _____

E-mail Address __MICHAEL CUNNINGHAM 467 @ GMAIL. COM__

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____