### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL THOMAS CUNNINGHAM,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| **v.** | : | **NO. 25-cv-5128** |
| | : | |
| **P/O MARCKENSON SMITH #9421,** | : | |
| *et al.*, | : | |
| *Defendants*. | : | |

### ORDER

**AND NOW**, this **26th** day of **May 2026**, upon consideration of Defendants Officer Marckenson Smith's and the Philadelphia Police Department's Motion to Dismiss for Failure to State a Claim (the "Defendants' Motion") (ECF No. 13), it is hereby **ORDERED** as follows:

1. Defendants' Motion (ECF No. 13) is **GRANTED** for the reasons stated in the accompanying memorandum opinion.

2. Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** against Defendant Officer Marckenson Smith.

3. Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE** against Defendant Philadelphia Police Department.

4. The Clerk of Court is **DIRECTED** to **TERMINATE** Defendants Officer Marckenson Smith and the Philadelphia Police Department from the docket.

5. Plaintiff may file an amended complaint within **sixty (60) days** of the date of this Order. After sixty days, if Plaintiff does not file an amended complaint, the Court will issue a final order dismissing the case.[1]

---

[1] Plaintiff recently indicated that he is attempting to retain counsel, *see* ECF No. 18, so the Court is providing Plaintiff with sixty days to amend the Complaint.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**